IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AMERICAN BRIDGE HOLDING
COMPANY,

                                             Case No.:

    Plaintiff,

v.

AMERICAN INFRASTRUCTURE FUNDS,
LLC d/b/a AMERICAN INFRASTRUCTURE
MLP FUND; THE LANE CONSTRUCTION
CORPORATION; and FIGG ENGINEERING
GROUP, INC.,

    Defendants.

_____/

## VERIFIED COMPLAINT

Plaintiff American Bridge Holding Company ("American Bridge") files this Complaint and request for preliminary and permanent injunctive relief and monetary damages against Defendants American Infrastructure Funds, LLC d/b/a American Infrastructure MLP Fund ("American Infrastructure"), The Lane Construction Corporation ("Lane"), and FIGG Engineering Group ("FIGG"), and in support thereof states:

### Parties, Jurisdiction, and Venue

1.    This is an action for trademark infringement in violation of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a).

1

2.     Plaintiff American Bridge is a Delaware corporation with its principal place of business located in Coraopolis, Pennsylvania.

3.     Upon information and belief, Defendant American Infrastructure is a limited liability company organized under Delaware law and can be served through its registered agent, Robert B. Hellman, Jr., located at 950 Tower Lane, Suite 800, Foster City, California 94404.

4.     Defendant FIGG is a Florida corporation with its principal place of business in Tallahassee, Florida.  FIGG can be served through its registered agent, Robert A. Pierce, who is located at 123 South Calhoun Street, Tallahassee, Florida 32301-1517.

5.     Defendant Lane is a Connecticut corporation with its principal place of business located in Cheshire Connecticut.  Lane maintains an office at 2601 Maitland Center Parkway, Maitland, Florida.  Lane can be served through its registered agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324.

6.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, 1338, and 15 U.S.C. § 1121 because this is an action under the Lanham Act.

7.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(3) because FIGG is a citizen of Florida.

## Facts

8.     American Bridge is a construction company whose projects include a significant proportion of the United States' and world's large bridges, marine installations, and other complex structures.

9.     American Bridge conducts business throughout the United States and abroad.

10.     Since at least 1992, American Bridge has used the name American Bridge in connection with its services as a trade name on a continuous basis in interstate commerce throughout the United States—including this judicial district.

11.     American Bridge has used and currently uses the American Bridge Mark to identify its presence on construction projects, the services of American Bridge rendered in connection therewith, and the business of American Bridge related thereto.

12.     Since it began using the American Bridge Mark, American Bridge has spent substantial amounts of money to promote the American Bridge Mark in connection with its services and business. As a result of these efforts, the American Bridge Mark has become widely recognized by the federal government, Navy, state and local governments/agencies/transportation authorities across the country, foreign governments, private owners and businesses, and subcontractors and suppliers across the country and globally.  Because of, and as a result of, American

Bridge's long and extensive use of the American Bridge Mark in connection with its services as a trade name, the American Bridge Mark has become a valuable asset of American Bridge, serving as a symbol of its quality services and its goodwill.

13.     American Bridge is the owner of all right, title, and interest in and to the American Bridge Mark.  As a result of the extensive use, advertising, and promotion of the American Bridge Mark in connection with a variety of American Bridge's high-quality services, the American Bridge Mark has become well regarded by American Bridge's customers and the public, and they have come to associate services identified by the American Bridge Mark exclusively with American Bridge, either through sale or provision of services, or through sponsorship, approval, authorization, association, or affiliation.

14.     American Bridge is the owner of U.S. Service Mark Registration 1,743,561, under which American Bridge uses the American Bridge Mark in connection with contracting, construction management, and construction supervision in the construction industry.  A true and correct copy of American Bridge's U.S. Service Mark Registration is attached hereto as Exhibit A.

15.     The Defendants are members of a joint venture or partnership that is involved in bridge construction projects in Indiana and Virginia.

16.     This joint venture/partnership has used and is using, without American Bridge's permission or authorization, the name and mark "American Bridge Partners" as, and as a portion of, a service mark and trade name in connection with the construction projects in Indiana and Virginia. True and correct copies of pages from Lane's and American Infrastructure's websites on which the "American Bridge Partners" mark is mentioned are attached hereto as Exhibit B.

17.     Upon information and belief, Defendants adopted the name "American Bridge Partners" with full knowledge of American Bridge's rights in the American Bridge Mark in an apparent effort to create confusion in the marketplace as to its affiliation with American Bridge and as to the source of goods and services provided by the Defendants.

18.     Upon information and belief, the Defendants' present and targeted customer base substantially overlaps with American Bridge's present and targeted customer base.

19.     On February 16, 2012, counsel for American Bridge sent a letter to the Defendants formally notifying them of their infringing use of the American Bridge Mark and requesting that they cease and desist use of the American Bridge Mark. A true and correct copy of this letter is attached hereto as Exhibit C.

20.     The Defendants responded via letter on February 24, 2012, and disputed the efficacy of the American Bridge Mark, though they vaguely agreed to terminate the use of the Mark "in the near future."

21.     Counsel for American Bridge sent another letter to Defendants, dated March 1, 2012, and spoke with counsel for American Infrastructure on March 2, 2012 to follow-up, and requested that they provide written confirmation by date certain, March 12, 2012: (1) of the cessation of use of the "American Bridge Partners" mark in all written and electronic media—including the internet; (2) of the destruction of all material referencing "American Bridge Partners"; and (3) that none of the Defendants would use the "American Bridge Partners" mark in the future.  A true and correct copy of this letter is attached hereto as Exhibit D.

22.     Despite the Defendants being granted an additional ten (10) days to comply, Lane was the only one of the Defendants which responded to the letter, and Lane simply stated that it had "taken appropriate steps to comply" with American Bridge's requests.  A true and correct copy of Lane's letter is attached hereto as Exhibit E.

23.     Despite American Bridge's notice to the Defendants and subsequent further communications with them, upon information and belief, the Defendants have not ceased their infringement of the American Bridge Mark, and continue to use the "American Bridge Partners" mark.

24.    The Defendants' use of the American Bridge Mark, including the name "American Bridge Partners," has caused and will continue to cause American Bridge irreparable harm and damage to its business and goodwill for which there is no adequate remedy at law unless preliminarily and thereafter permanently enjoined.

**Count I – Violation of 15 U.S.C. § 1114(1)**

25.    American Bridge re-alleges and incorporates the allegations of paragraphs 1 – 24 above as if fully set forth herein.

26.    The Defendants are using the American Bridge Mark and the Defendants' "American Bridge Partners" mark in connection with the offering of products and services in close geographic proximity, and of very similar nature, to American Bridge's work. The Defendants' unauthorized use of the American Bridge Mark is likely to cause confusion regarding the origin, source, sponsorship, approval, affiliation, or association of the Defendants' services and business.

27.    Upon information and belief, the Defendants have used and continue to use the American Bridge Mark with full knowledge of American Bridge's prior and superior rights in and to the Mark, without American Bridge's consent, license, or authorization, and with the apparent intent of causing confusion and of trading unlawfully on the goodwill and reputation of American Bridge that is symbolized by the American Bridge Mark.

28.     The above-described conduct of the Defendants in using the American Bridge Mark is likely to cause confusion, to cause mistake, or to deceive customers as to the true origin, source, sponsorship, approval, association, or affiliation of American Bridge's products, services, and business.   Such unauthorized use infringes American Bridge's exclusive rights in and to the American Bridge Mark in violation of 15 U.S.C. § 1114(1).

29.     The Defendants' conduct has caused and will continue to cause irreparable injury to American Bridge and to the goodwill associated with the American Bridge Mark.   American Bridge will continue to be irreparably injured unless and until the Defendants' conduct is preliminarily and thereafter permanently enjoined by this Court, and American Bridge has no adequate remedy at law.

### Count II – Violation of 15 U.S.C. § 1125(a)

30.     American Bridge re-alleges and incorporates the allegations of paragraphs 1 – 24 above as if fully set forth herein.

31.     The Defendants' use of the American Bridge Mark in connection with goods and services that the Defendants have offered for sale in interstate commerce is in such a manner so as to suggest sponsorship by, approval by, authorization by, or affiliation with American Bridge, and as an indication of source of origin or quality.

32.     Upon information and belief, the Defendants have used and continue to use the American Bridge Mark with full knowledge of American Bridge's prior and superior rights in and to the Mark, without American Bridge's consent, license, or authorization, and with the apparent intent of causing confusion and of trading unlawfully on the goodwill and reputation of American Bridge that is symbolized by the American Bridge Mark.

33.     The above-described conduct of the Defendants in using the American Bridge Mark is likely to cause confusion, to cause mistake, or to deceive customers as to the true origin, source, sponsorship, approval, association, or affiliation of American Bridge's products, services, and business.  Such unauthorized use infringes American Bridge's exclusive rights in and to the American Bridge Mark in violation of 15 U.S.C. § 1125(a).

34.     The Defendants' conduct has caused and will continue to cause irreparable injury to American Bridge and to the goodwill associated with the American Bridge Mark.  American Bridge will continue to be irreparably injured unless and until the Defendants' conduct is preliminarily and thereafter permanently enjoined by this Court, and American Bridge has no adequate remedy at law.

## Prayer for Relief

WHEREFORE, by virtue of the unlawful conduct of the Defendants as alleged in this Complaint, American Bridge respectfully prays that:

1. The Court enter judgment that the Defendants have infringed American Bridge's rights in and to the American Bridge Mark, and have used false designations of origin, false descriptions, and false representations in violation of 15 U.S.C. §§ 1114(1) and 1125(a);

2. The Court enter a preliminary and thereafter permanent injunction prohibiting the Defendants and their agents, servants, employees, attorneys, and those persons in active concert or participation with them, from infringing American Bridge's service mark and trade name by, among other things, using the American Bridge Mark, using the "American Bridge Partners" mark, or using any other trademarks, service marks, trade names, or domain names that are likely to cause confusion, mistake, or deception among American Bridge's customers and consumers as to the affiliation or connection of the Defendants with American Bridge;

3. American Bridge be awarded any profits derived from the wrongful use of the American Bridge Mark and the damages sustained by American Bridge as a result of the aforesaid acts of the Defendants, with such amounts to be determined by the trier of fact and to be increased as provided by applicable law;

4.     The Court order the Defendants to destroy all labels, signs, prints, and advertisements in their possession that bear the American Bridge Mark in accordance with 15 U.S.C. § 1118;

5.     The Defendants be required to pay American Bridge both the costs of this action and reasonable attorneys' fees; and

6.     The Court award any other relief it deems appropriate.

Respectfully submitted, this 15th day of March, 2012.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

Steven D. Gonzalez
Florida Bar Number:658448
Stephen J. Rapp
Florida Bar Number: 653403
2601 South Bayshore Drive
Suite 1500
Miami, Fl. 33133
Telephone: (305) 455-9500
E-mail: sgonzalez@wwhgd.com
E-mail: srapp@wwhgd.com
*Counsel for American Bridge Holding Company*

11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AMERICAN BRIDGE HOLDING
COMPANY,

                                     Case No.:

      Plaintiff,

v.

AMERICAN INFRASTRUCTURE
MLP FUND, THE LANE CONSTRUCTION,
COMPANY, and FIGG ENGINEERING
GROUP, INC.,

      Defendants.

_____/

## DECLARATION OF AMR EL NOKALI

I, Amr El Nokali, pursuant to 28 U.S.C. § 1746, declare that I am the employed by the American Bridge Company as Chief Legal Counsel and Vice President of Administration, and the factual averments set forth in the Complaint are true and correct based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MARCH 14, 2012

By: _____
      Amr El Nokali

Int. Cl.: 37

Prior U.S. Cl.: 103

Reg. No. 1,743,561

## United States Patent and Trademark Office    Registered Dec. 29, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## AMERICAN BRIDGE

CONTINENTAL INVESTMENT CORP. B.V. (NETHERLANDS CORPORATION)
WORLD TRADE CENTER
STRAWINSKYLAAN 1725TOWER B, 17TH FLOOR
1077 XX AMSTERDAM, NETHERLANDS

FOR: CONTRACTING, CONSTRUCTION MANAGEMENT AND CONSTRUCTION SUPERVISION OF PROJECTS RELATING TO THE NEW ERECTION, REHABILITATION AND MODIFICATION OF BRIDGES, HIGH-RISE BUILDINGS AND INDUSTRIAL FACILITIES, INCLUDING STEEL AND ALUMINUM PLANTS, CEMENT PLANTS, CHEMICAL PLANTS, STADIUMS AND OTHER SPECIAL STRUCTURES, IN CLASS 37 (U.S. CL. 103).

FIRST USE 1-0-1982; IN COMMERCE 1-0-1982.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 74-141,128, FILED 2-21-1991.

CHRISTOPHER KELLY, EXAMINING ATTORNEY



3/14/12                                    2012_01_12_South_Norfolk_Jordan_Bridge_Progress_Updates


90 Fieldstone Court
Cheshire, CT 06410
203. 235. 3351
LaneConstruct.com

Construction          Project Gallery          Materials &          Partner With Us          Resources          Working at Lane
Services                                        Equipment

**Executives**

**Our Legacy, Our Future**

**Ethics**

**Environment**

**Mission, Vision & Values**

**Awards & Recognition**

**Lane Divisions**

**Professional Affiliations**

**Safety**

**Community Relations**

**Newsroom**

**Locations Map**

**Contacts**

## South Norfolk Jordan Bridge Progress Updates

www.southnorfolkjordanbridge.com

*January 12, 2012*

The American Bridge Partners have released progress updates for the South Norfolk Jordan Bridge linking t
of Portsmouth and Chesapeake, Virginia. Click here to view update one, click here to view update two.

For additional progress updates on the South Norfolk Jordan Bridge, click here.



EXHIBIT
tabbies
B

American Infrastructure MLP Fund | Natural Resources & Real Proper...                    http://www.aimlp.com/investments





AMERICAN
INFRASTRUCTURE
MLP FUND

**ABOUT US**     **STRATEGY**     **TEAM**     **CONTACT**

# INVESTMENTS

### American Bridge Partners

American Bridge Partners is an innovative infrastructure company created to develop, own and operate self-sustaining, private toll bridges to help meet America's infrastructure needs. Its first project is the new South Norfolk Jordan Bridge, which spans the Elizabeth River between Chesapeake and Portsmouth, Virginia. Construction is underway and is expected to be completed in mid-2012, re-establishing an essential transportation link in this growing region of 1.8 million people.

Our investment brought together our expertise in financing and building infrastructure and natural resource companies, along with the industry expertise of our outstanding industry partners, the Figg Group and Lane Construction.

For more information on the New South Norfolk Jordan Bridge, visit www.southnorfolkjordanbridge.com

For information on our development and construction partners, visit www.figgbridge.com and www.laneconstruct.com

### American Midstream Partners

American Midstream Partners owns and operates midstream infrastructure assets and provides a comprehensive range of services that link energy suppliers to utility, industrial, commercial and residential consumers. The company owns two FERC interstate natural gas pipelines and several natural gas gathering, processing and transmission systems in Louisiana, Mississippi, and Alabama.

For more information, visit www.AmericanMidstream.com

### Oxford Resource Partners

Oxford Resource Partners is the largest surface coal producer in Ohio. The company has extensive coal reserves and was looking for a capital partner to support its further growth.

Our investment gave the owners tax-efficient liquidity, strengthened Oxford's balance sheet, and supplied capital for growth. Our expertise helped the company professionalize its finance organization, access the debt capital markets and complete an important acquisition. The owners retain a substantial interest in the company, which they continue to run and build. Oxford went public on the New York Stock Exchange in July 2010 under the ticker OXF.

For more information, visit www.OxfordResources.com

### Tunnel Hill Partners

Tunnel Hill is a large, newly permitted, "Subtitle D" landfill operation in Ohio with expansion capacity to support approximately 100 years of asset life. Tunnel Hill also has rail access and a load-out facility that expand the company's serviceable area well beyond its region.

Our investment is helping the company to strengthen its management team, increase waste flows to the facility and improve its capacity utilization, expand its market, and make acquisitions to broaden the scope and scale of its business.

Home    About Us    Strategy    Team    Contact Us    Investments    Benefits to Owners    About MLPs



**WEINBERG WHEELER**
**HUDGINS GUNN & DIAL**

3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

404.876.2700  Office
404.875.9433  Fax

www.WWHGD.com

February 16, 2012

**VIA EMAIL and**
**FEDERAL EXPRESS**

American Infrastructure MLP Fund
ATTN: Edward Diffendal, Managing Director
(EDiffendal@AIMLP.com)
950 Tower Lane, Suite 800
Foster City, CA  94404

FIGG Engineering Group
ATTN: Julie Smith (jsmith@figgbridge.com)
424 North Calhoun Street
Tallahassee, FL  32301

Lane Construction
ATTN: Jay Cruickshank, General Counsel
(jscruickshank@laneconstruct.com)
90 Fieldstone Court
Chesire, CT  06410

Re:   **American Infrastructure MLP Fund's, FIGG Engineering Group's, and Lane Construction's Infringement of the Registered Trademark of American Bridge Holding Company Corporation**

Dear Ms. Smith and Messrs. Diffendal and Cruickshank:

This firm represents American Bridge Holding Company ("AB Holding") which is headquartered in Coraopolis, Pennsylvania. AB Holding is the owner of the registered trademark "American Bridge." The registration number at the United States Patent and Trademark Office is 1743561. This trademark was first registered on December 29, 1992 and has been used continuously since that date. Accordingly, pursuant to the Lanham Act (15 U.S.C. §105 et. seq.) and analogous State statutory and common law provisions, AB Holding has the exclusive and incontestable right to the use of said trademark, including, but not limited to, the use of that mark in the construction industry. Any use of the American Bridge trademark by others violates the Lanham Act and is actionable.

It has come to AB Holding's attention that the American Infrastructure MLP Fund, FIGG Group, and Lane Construction (collectively, the "AFL Group") are using this mark in relation to work on the new South Norfolk Jordan Bridge and as part of a proposal to build a private toll bridge in Indiana. The AFL Group's use of the name "American Bridge Partners" for any reason whatsoever, including and especially in conjunction with any construction project or proposal, is completely improper, violates the Lanham Act and analogous state law provisions, and subjects the AFL Group to claims for damages and injunctive and other equitable relief.

The purpose of this letter is to inform you of the existence of AB Holding's trademark and to hereby demand that the AFL Group immediately and forever cease and desist the use of the mark



EXHIBIT

C

Atlanta    Las Vegas    Miami



WEINBERG WHEELER
HUDGINS GUNN & DIAL

February 16, 2012
Page 2

"American Bridge."  While the American Bridge Companies first existed as separate stand-alone entities in 1987, their roots are in the U.S. Steel Corporation.  The American Bridge construction division of U.S. Steel began operations in 1900, and over the last 112 years American Bridge has built some of the world's largest bridges, marine installations, and other complex structures. American Bridge is a leading participant in the worldwide markets for the improvement and expansion of civil infrastructure.  It currently is the contractor for the San Francisco/Oakland Bay – Self Anchored Suspension Superstructure, the Forth Replacement Crossing in Scotland, and the Las Vegas High Roller.  American Bridge has in the past performed work on such iconic structures as the Verrazano-Narrows Bridge, Chesapeake Bay Bridge, the Sunshine Skyway Bridge, Lions Gate Bridge, Mackinac Bridge, Walt Whitman Bridge and Bronx Whitestone Bridge.  I provide you with this small sampling of the history of American Bridge in order to make it clear that a corporate entity of this pedigree will do all that is necessary to protect its trademark rights and its reputation as it has previously on numerous occasions.

I look forward to each of your prompt responses indicating that the AFL Group will change the name of your American Bridge Partners entity.  Unless each member of the AFL Group agrees in writing within ten (10) days from the date of this letter to comply with this cease and desist letter and to destroy all materials using the American Bridge mark, AB Holding will file suit against the AFL Group in federal court for all relief allowed under the Lanham Act and state law.  Should you or your counsel wish to discuss this with me please feel free to call me at your convenience.

Sincerely yours,

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

William C. Buhay

WCB:rlr
cc:    American Bridge Holding Company



WEINBERG WHEELER
HUDGINS GUNN & DIAL

3344 Peachtree Road, NE      404.876.2700  Office      www.WWHGD.com
Suite 2400                   404.875.9433  Fax
Atlanta, GA 30326

March 1, 2012

*VIA FACSIMILE & 1ˢᵀ CLASS*
*(713.615.5758)*

Steven R. Borgman, Esq.
Vinson & Elkins LPP
1001 Fannin
2500 First City Tower
Houston, TX 77002-6750

Re:   *American Infrastructure MLP Fund's, FIGG Engineering Group's, and Lane Construction's Infringement of the Registered Trademark of American Bridge Holding Company Corporation*

Dear Steve:

I am writing to you in advance of our conference call scheduled for this afternoon so that you will have an understanding of my client's position regarding the above-referenced matter.  At the outset, thank you for your letter of February 24, 2012, wherein you stated that your client, American Infrastructure MLP Fund (the "Fund"), and FIGG Engineering Group ("FIGG") and Lane Construction Corporation ("Lane")(collectively the "AFL Group") have "chosen to voluntarily forego the use of American Bridge Partners and will select and use another name in the immediate future."  AB Holding was glad to learn of the AFL Groups decision; however, AB Holding needs to assure that its rights in the trademark "American Bridge" are fully protected.  To that end, AB Holding needs each member of the AFL Group to certify in writing by no later than March 12, 2012, that:

1.   It has ceased the use of the phrase "American Bridge Partners" in all its written and electronic media, including content disseminated on or through the internet;

2.   It has reacquired possession and destroyed all written materials containing the name "American Bridge Partners" and has no other materials containing that name;

3.   That it has not otherwise used or disseminated the name "American Bridge Partners"; and

4.   It will make no further use now or in the future of the name "American Bridge Partners so long as AB Holding's trademark is in force."

As you know, a party claiming rights to a trademark under the Lanham Act must aggressively protect its rights in the mark or risk losing them; hence, we must insist upon written certification that each member of the AFL Group has complied with the requirements stated above by March 12, 2012. Given the AFL Group's recognition of AB Holdings' rights to its trademark, I trust none of the members of the AFL Group will have any difficulty complying with the terms of this letter, and I look forward to discussing this matter with you further this afternoon.



**EXHIBIT**

**D**

Atlanta    Las Vegas    Miami



WEINBERG WHEELER
HUDGINS GUNN & DIAL

Steven R. Borgman, Esq.
March 1, 2012
Page 2

Sincerely yours,

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

William C. Buhay

WCB:rlr
cc:     Jay Cruickshank, Esq. (via e-mail jscruickshank@laneconstruct.com)
        Ms. Julie Smith (via e-mail jsmith@figgbridge.com)
        Jeffrey N. Amason, Esq.



90 Fieldstone Court
Cheshire, CT 06410
(203) 235-3351 Phone
(203) 237-4260 Fax

www.laneconstruct.com

March 12, 2012

Via Email and 1st Class

William C. Buhay, Esquire
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA  30326

Re:  American Bridge

Dear Mr. Buhay:

In response to your letter dated March 1, 2012, regarding the Registered Trademark of American Bridge Holding Company Corporation, be advised that The Lane Construction Corporation has taken appropriate steps to comply with your requirements.

Very truly yours,

Jay S. Cruickshank, Esquire
Executive Vice President

JS/mm



EXHIBIT
E